IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUN FANG, <br><br> Plaintiff, <br><br> v. <br><br> JOYBUY, JOYBUY AMERICA, JOYBUY EXPRESS, AND JOYBUY FASHION, <br><br> Defendants. | Case No. 1:23-cv-04792 <br><br> Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 6, 2023, at 10:00 a.m., or as soon as Defendants Joybuy, Joybuy America, Joybuy Express, and Joybuy Fashion (collectively, "the Joybuy Marketplace") and Plaintiff, Jun Fang ("Plaintiff") (collectively, "the Parties") may be heard, or to the extent permitted at the Parties' next status hearing on Wednesday, August 23, 2023, at 9:45 a.m., counsel for the Parties shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1241 of the United States District Court of the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the "Agreed Motion to Extend Deadline."

Date: August 21, 2023

        */s/ Nicole E. Kopinski*
David M. Airan
Nicole E. Kopinski
Wallace H. Feng
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com
nkopinski@leydig.com
wfeng@leydig.com

*Attorneys for Defendants,*
*Joybuy, Joybuy America, Joybuy Express,*
*and Joybuy Fashion*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

/s/ *Nicole E. Kopinski*
Nicole E. Kopinski
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
nkopinski@leydig.com