## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang
                Plaintiff,

v.                                     Case No.: 1:23−cv−04792
                                     Honorable Sharon Johnson Coleman

Joybuy, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/23/2023. Counsel for defendants reported that after the last hearing in 22−cv−05746, the parties started discussions to try to resolve this matter. Defendants' agreed motion to extend deadline [4] is granted. Presentment set for 9/6/2023 is stricken. An in−person status hearing is set for 9/26/2023 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.