# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang

                Plaintiff,

v.                                  Case No.: 1:23−cv−04792
                                             Honorable Sharon Johnson Coleman

Joybuy, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 9/26/2023. Counsel for plaintiff was not present at that time the case was called but appeared later in court and was notified of the status. Defendants' unopposed motion to extend deadline [7] is granted. Responsive pleading to be filed by 10/17/2023. This is the final extension. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.