## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang
                Plaintiff,

v.                                  Case No.: 1:23−cv−04792
                                  Honorable Sharon Johnson Coleman

Joybuy, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court received email correspondence from the parties stating that the matter has settled in principle. In light of this, the Court sets an in−person status hearing for 11/17/2023 at 9:45 AM. If a joint stipulation to dismiss is filed prior to the status date, the Court will strike the status, otherwise defendants must file a responsive pleading prior to the status. As stated in the Court's previous order [9], this is the final extension and no further extensions will be granted. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.