UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUN FANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04792 |
| v. | ) |
| | ) Dist. Judge Sharon Johnson Coleman |
| | ) |
| JOYBUY, JOYBUY AMERICA, JOYBUY EXPRESS, and JOYBUY FASHION, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

### Stipulation of Dismissal Without Prejudice

Plaintiff Jun Fang ("Plaintiff") and Defendants Joybuy, Joybuy America, Joybuy Express, and Joybuy Fashion (collectively, "Defendants") hereby stipulate and agree to dismiss all claims pending in the instant case with prejudice, with each Party to bear its own attorneys' fees and costs, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

Dated: April 17, 2024

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, IL 60641
Telephone: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff,*
*Jun Fang*

Respectfully submitted,

/s/ *Wallace H. Feng*
David M. Airan
Nicole E. Kopinski
Wallace H. Feng
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com
nkopinski@leydig.com
wfeng@leydig.com

*Attorneys for Defendants,*
*Joybuy, Joybuy America, Joybuy Express,*
*and Joybuy Fashion*